BRADFORD L. BOLTON,
CLERK

2002 DEC 23 P 4: 15

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re )
)
WINDSOR WOODMONT BLACK )
HAWK RESORT CORPORATION, )
a/k/a the Black Hawk Casino by Hyatt, )
a Colorado corporation, )
) Case No. 01-20416 EEB
EIN 75-272-870 )
) 02-28089 ABC
Debtor. )

## CITY OF BLACK HAWK'S OBJECTION TO MOTION FOR USE OF CASH IN ORDINARY COURSE OF BUSINESS AND FOR AUTHORITY TO USE CASH COLLATERAL

The City of Black Hawk, Colorado (the "City"), a creditor and party in interest, by and through Gorsuch Kirgis LLP, respectfully objects to the Debtor's Motion for Use of Cash in Ordinary Course of Business and For Authority to Use Cash Collateral ("the "Motion") and in support of same states:

1. Windsor Woodmont Black Hawk Resort Corporation ("Debtor") is the developer and owner of the Black Hawk Casino by Hyatt located in Black Hawk, Colorado.

2. On November 7, 2002 (the "Petition Date"), the Debtor owed the City $14,610.98 for Development Review Fees, $2,554.76 for Transportation Device Fees and $4,150.00 for water and sewer fees. Since the Petition Date, the Debtor has incurred at least another $3,840.00 in unpaid water and sewer fees.

3. Pursuant to City of Black Hawk Municipal Code Sections 4-1 et. seq. and 13-1 et. seq., unpaid transportation device fees and water/sewer fees, along with all penalties and interest pertaining thereto, are a first and prior lien upon real and personal property of the Debtor.

4. Accordingly, to the extent that the "Cash" as defined in the Motion is property or derived from property on which the City has a lien, the Court should not allow its use unless and until adequate protection of the City's interest therein has been provided.

CFM\99998\430351.01

5. Since a copy of the Budget, as defined in the Motion, was not attached to the copy of the Motion received by the City, it is unclear whether or not the Debtor intends to provide payments or other protection of the City's interest in the Cash. A copy of the Budget is being obtained and to the extent that such protection is provided for, the City will withdraw its Objection to the use of such cash collateral.

WHEREFORE, the City of Black Hawk, Colorado, respectfully objects to the Debtor's Motion for Use of Cash in Ordinary Course of Business and For Authority to Use Cash Collateral and requests that such use be denied unless and until the City is provided with adequate protection of its interests therein.

DATED this 23rd day of December, 2002.

GORSUCH KIRGIS LLP

By: _____
Charles F. McVay, #22534
Carrie C. Kollar, #35221
Tower I, Suite 1000
1515 Arapahoe Street
Denver, Colorado 80202
Phone: (303) 376-5000
Fax: (303) 376-5001
cmcvay@gorsuch.com
ckollar@gorsuch.com

ATTORNEYS FOR THE CITY OF BLACK HAWK, COLORADO

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2002, a true and correct copy of the foregoing **CITY OF BLACK HAWK'S OBJECTION TO MOTION FOR USE OF CASH IN ORDINARY COURSE OF BUSINESS AND FOR AUTHORITY TO USE CASH COLLATERAL** was placed in the United States Mail, postage prepaid, to the following addressees:

Michael Armstrong
Windsor Woodmont Black Hawk Resort
111 Richaman Street
Black Hawk CO  80422

Jeffrey M. Reisner
Tavi C. Flanagan
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Paul Rubner
Joel Laufer
Rubner Padjen and Laufer LLC
1600 Broadway, Suite 2600
Denver CO  80202

Joanne C. Speirs
U.S. Trustee
999 18th Street, Suite 1551
Denver CO  80202

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261-0012

Sullivan & Associates
Attn: Craig Sullivan
32 Quail Run Road
Henderson, NV  89014

Jefferson-Pilot Communications
KYGO-FM Radio
1095 South Monaco Parkway
Denver, CO  80224

Clear Channel Colorado
3936 Collections Center Drive
Chicago, IL  60693

Good Signs
Attn:  Mitzzi D. Wineland
14985 West 52nd Avenue
Golden CO  80403

Mark L. Fulford, Esq.
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, CO  80202

Ceri Williams, Esq.
Colorado Division of Gaming
Business & Licensing Section
1525 Sherman Street, 5th Floor
Denver, CO  80203-1760

Lisa K. Mayers, Esq.
Grimshaw & Harring PC
1700 Lincoln Street, Suite 3800
Denver, CO  80203

Premium Financing Specialists
P.O. Box 90819
Austin, TX 87809-0819

J. Wasserman
H. Sender
B. Bond
Sender & Wasserman PC
1999 Broadway, Suite 2305
Denver, CO 80202

Paul Hastings Janofsky & Walker
Attn: Rick S. Kirkbride
555 South Flower Street, 23rd Floor
Los Angeles, CA 90071

Warren S. Bloom, Esq.
Nabors, Gibline & Nickerson
CNL Center, Suite 510
480 South Orange Avenue
Orlando, Fl 32801

US Foods
Dept. 597
Denver, CO 80271

M. Cook
J. Beck
Schulte Roth & Zabel
919 Third Avenue
New York, NY 10022

Denver Newspaper Agency
Dept. 485
Denver, CO 80281-0485

C. Christensen
H. Lewis
Lindquist & Vennum
600 Seventeenth Street, Suite 1800-S
Denver, CO 80202

International Game Technology
301 Commercial Road
Golden, CO 80401

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Paul Steelman Interiors
Attn: Paul Steelman
3330 West Desert Inn Road
Las Vegas, NV 89102

Daniel A. Hepner, Esq.
Lirtzman Nehls & Hepner PC
190 Arapahoe Avenue
Boulder, CO 80302

Parker Blake Inc.
Attn: Tim Paterson
7012 S. Revene Parkway, Suite 120
Englewood CO 80112

Compton Dancer Consulting Inc.
3690 South Easton Avenue, Suite 213
Las Vegas, NV 89109-3377

WMS Gaming
800 South Northpoint Blvd.
Waukegan, IL 60085

Nobel/Sysco Food Services Co.
1101 W. 48th Avenue
Denver, CO 80217

Global Payments
P.O. Box 66700
Chicago, IL 60666-0700

Anchor Games
Dept. 7866
Los Angeles CA 90088-7866

American Express
Attn: Customer Service
P.O. Box 297812
Ft. Lauderdale, FL 33329-7812

KXKL-FM Radio
1560 Broadway, Suit 1100
Denver, Coo 80202-5144

Metro-North Newspapers
P.O. Box 350070
Westminster, CO 80035

H. Farbes
M. Pankow
D. Garfield
Brownstein, Hyatt & Farber
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4004

James T. Markus, Esq.
1700 Lincoln Street, Suite 3550
Denver, CO 80203

D. Heller
P. Knight
Latham & Watkins
233 South Wacker Drive
Sears Tower, #5800
Chicago, IL 60606

Steve Harris, Esq.
Belding Harris & Petroni
417 W. Plumb Lane
Reno, NV 80959

Wells Fargo Bank NA
Attn: Rochanne Hackett
5340 Kietzke Lane
Reno, NV 89511

Black Hawk B.I.D.
c/o Paul Goedecke
950 Wadsworth Blvd., Suite 204
Lakewood, CO 80215

TYCO/Fire & Security/
Simplex Grinnell
DEPT CH 10320
Palatine, IL 60055-0320

_Patricia R. Henson_