# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY
## Minutes of Proceedings

Date: January 13, 2003

In re:
WINDSOR WOODMONT BLACK HAWK RESORT CORPORATION

Debtor(s),

Case No 02-28089 ABC

Plaintiff(s)/Applicant(s),
vs.
Defendant(s)/Respondent(s).

Chapter 11

Present: Hon. A. Bruce Campbell, Bankruptcy Judge
Courtroom Deputy: **LARS FULLER**
Court Reporter: Electronic Recorder

Trustee: ___
Debtor(s): ___
1. Creditor: Hyatt — Counsel: **LEO WEISS**
2. Creditor: Sun Trust Indenture — Counsel: **WILLIAM LOBEL**
3. Creditor: First Mortgage Noteholders — Counsel: **SUSAN JACKS**
 — Counsel: **JOHN WASSERMAN**
 — Counsel: **CRAIG CHRISTENSEN**
4. Plaintiff: ___
5. Defendant: ___

Proceedings: Debtor's Motion for Use of Cash Collateral in Ordinary Course of Business and for Authority to Use Objections and Reply thereto

[ ] No appearances  [X] Entry of Appearances and arguments made
[ ] Witnesses sworn  [ ] See attached list  [ ] Exhibits entered  [ ] See attached list

Orders:
[X] Relief sought in complaint/motion:
    [X] Granted  [ ] Denied  [ ] Dismissed  [ ] Awarded by default
[ ] Judgment to enter for:
    [ ] Plaintiff  [ ] Defendant  [ ] Applicant  [ ] Respondent
    [ ] In the amount of $_____
[ ] Matter taken under advisement
[ ] Oral findings and conclusions made of record
[ ] Formal order or Judgment to enter
[ ] Continued to _____ at _____ .M. for POST-PETITION
[X] Debtor's MOTION TO USE POST-PETITION REVENUE GRANTED; COURT FINDS THAT REVENUES FROM GAMING DEVICES ARE NOT CASH COLLATERAL; OBJECTION DENIED.

Date January 13, 2003

FOR THE COURT:
Bradford L. Bolton, Clerk

By _____
Deputy Clerk